IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2020 OCT 21 PM 5:20
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 20 CR 134 JDP |
| ANESSA RENEE FIERRO and<br>WILLIE TREMAINE JOHNSON, | 18 U.S.C. § 844(i) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 25, 2020, in the Western District of Wisconsin, the defendants,

ANESSA RENEE FIERRO and
WILLIE TREMAINE JOHNSON,

maliciously attempted to damage and destroy, by means of fire, BUSINESS A, a commercial building in Madison, Wisconsin, which was used in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 844(i)).

## COUNT 2

On or about August 25, 2020, in the Western District of Wisconsin, the defendants,

ANESSA RENEE FIERRO and
WILLIE TREMAINE JOHNSON,

maliciously attempted to damage and destroy, by means of fire, BUSINESS B, a

commercial building in Madison, Wisconsin, which was used in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 844(i)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10/21/2020

_____
SCOTT C. BLADER
United States Attorney